CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

DEC 10 2007

JOHN F. CORCORAN, CLERK
BY: _____
DEPUTY CLERK

# IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF VIRGINIA
### ROANOKE DIVISION

| | | |
|---|---|---|
| **JEFFREY O. MILLER,** | ) | |
| **Petitioner,** | ) | **Civil Action No. 7:07-cv-00410** |
| | ) | |
| **v.** | ) | <u>**FINAL ORDER**</u> |
| | ) | |
| **LARRY W. JARVIS, <u>et al.</u>,** | ) | **By: Samuel G. Wilson** |
| **Respondent.** | ) | **United States District Judge** |

In accordance with the Memorandum Opinion entered this day, it is hereby **ORDERED**
and **ADJUDGED** that respondent's motion to dismiss is **GRANTED**; the above referenced 28
U.S.C. § 2254 petition is **DISMISSED**; and this action is **STRICKEN** from the active docket of
the court.

The Clerk is directed to send a certified copy of this Order and the accompanying
Memorandum Opinion to the petitioner.

**ENTER**: This _10th_ day of December, 2007.

_____
United States District Judge